**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSH WISE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>T-MOBILE USA, INC.,<br><br>　　　　　Defendant. | No. 2:21-CV-2268-JAM-DMC-P<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Plaintiff has not resolved the fee status for this case by filing either a <u>completed</u> application to proceed in forma pauperis or paying the required filing fee. While Plaintiff has filed an application to proceed in forma pauperis, ECF No. 2, the application is not complete. Specifically, Plaintiff has not answered some questions on the application, and others are only partially answered. Plaintiff will be provided the opportunity to submit either a <u>completed</u> application to proceed in forma pauperis or pay the appropriate filing fee. Plaintiff is warned that failure to comply with this order may result in the dismissal of this action for lack of prosecution and failure to comply with court rules and orders. <u>See</u> Local Rule 110.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis or pay the appropriate filing fee; and

2. The Clerk of the Court is directed to send Plaintiff a new form Application to Proceed In Forma Pauperis.

Dated:  December 13, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE