1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | JOSH WISE, | No. 2:21-cv-02268-DAD-DMC
12 | Plaintiff, |
13 | v. | ORDER ADOPTING FINDINGS AND
14 | T-MOBILE USA, INC., | RECOMMENDATIONS AND DISMISSING THIS ACTION DUE TO PLAINTIFF'S FAILURE TO STATE A COGNIZABLE
15 | Defendant. | CLAIM
16 | | (Doc. No. 8)
17

18      Plaintiff Josh Wise is proceeding *pro se* and *in forma pauperis* in this civil action. This

19 matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and

20 Local Rule 302.

21      On October 19, 2022, the assigned magistrate judge screened plaintiff's complaint and

22 issued findings and recommendations recommending that this action be dismissed, without leave

23 to amend, due to plaintiff's failure to state a cognizable claim upon which relief may be granted.

24 (Doc. No. 8.) Those pending findings and recommendations were served on plaintiff and

25 contained notice that any objections thereto were to be filed within fourteen (14) days after

26 service. (*Id.* at 3.) To date, no objections to the pending findings and recommendations have

27 been filed, and the time in which to do so has now passed.

28 /////

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on October 19, 2022 (Doc. No. 8) are adopted in full;
2. This action is dismissed due to plaintiff's failure to state a claim; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 21, 2022**                          /s/ Dale A. Drozd
                                                                    UNITED STATES DISTRICT JUDGE

2